# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-2003
Lower Tribunal No. 2020-CC-001013-0001-XX

_____

ALICE SCHENK and LOTHAR SCHENK,

Appellants,

v.

K. SIMON CONSTRUCTION, INC.,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Janeice T. Martin, Judge.

July 9, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK, BROWNLEE and GANNAM, JJ., concur.


Tom J. Manos, of Manos Schenk, PL, Miami, for Appellants.

Zachary P. Hyman, of Millennial Law, Fort Lauderdale, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED